# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| United States of America, | C/A No. 2:04-0389-DCN |
| Plaintiff, | |
| -vs- | **ORDER** |
| Leon Wilson, Jr., et al, | |
| Defendants. | |

On August 25, 2006, an Order granting Motion for Entry of Decree of Foreclosure and Order of Sale and Decree of Foreclosure was entered in above-captioned case. On September 5, 2006, defendant South Carolina Department of Revenue filed a Motion for Reconsideration.

**IT IS THEREFORE ORDERED** that the order and decree of foreclosure filed on August 25, 2006, is hereby **vacated**. This matter is hereby referred to Magistrate Judge George C. Kosko for a hearing (if deemed necessary) and decision on the matter of the decree of foreclosure and order of sale.

**AND IT IS SO ORDERED**.

_____
David C. Norton
United States District Judge

Charleston, South Carolina

September 6, 2006